# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EI CORPORATION, INC., | Case No.: 2:20-cv-01119-APG-NJK |
| Plaintiff | **Order Setting Briefing Schedule and Hearing on Plaintiff's Motion for Temporary Restraining Order** |
| v. | |
| GALLANT CAPITAL PARTNERS, LLC; QUALITY BUILT, LLC; and JOHN GILLETT, | [ECF No. 4] |
| Defendants | |

Plaintiff Ei Corporation, Inc. moves for an emergency temporary restraining order. ECF No. 4. Ei filed its motion under seal but indicated it would serve the defendants with redacted versions of the complaint and motion. ECF No. 4 at 32. However, Ei did not file the redacted versions with the court. I therefore order Ei to file on the court's docket the redacted versions in a publicly accessible format. I also order Ei to serve this order on the defendants.

The defendants' response to the motion for temporary restraining order is due by 5:00 p.m. on July 2, 2020. The plaintiff's reply is due by 5:00 p.m. on July 9, 2020. I will hold a hearing at 10:30 a.m. on July 15, 2020 via video or telephone. A separate order will be issued with details about how to log into that hearing. No witness testimony will be taken at that time. The parties should be prepared to discuss whether an evidentiary hearing is needed, and when it would be scheduled.

I strongly encourage litigants to permit more junior members of the litigation team to conduct oral argument. Where the more junior attorney presents the argument, I will entertain reasonable requests for a more senior attorney to supplement any argument that is made.

I THEREFORE ORDER that plaintiff Ei Corporation, Inc. shall file the redacted version of its complaint (ECF No. 1) and motion for temporary restraining order and preliminary injunction (ECF Nos. 4, 5) on the public docket.

I FURTHER ORDER that the defendants' response to the motion for temporary restraining order is due by 5:00 p.m. on July 2, 2020.  The plaintiff's reply is due by 5:00 p.m. on July 9, 2020.  The hearing on the motion will be conducted at 10:30 a.m. on July 15, 2020 via video or telephone.

I FURTHER ORDER plaintiff Ei to serve this order on the defendants immediately.

DATED this 22nd day of June, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE