UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EI CORPORATION, INC.,<br><br>       Plaintiff(s),<br><br>v.<br><br>GALLANT CAPITAL PARTNERS, LLC, et al.,<br><br>       Defendant(s). | Case No.: 2:20-cv-01119-APG-NJK<br><br>**Order**<br><br>[Docket No. 12] |

      Pending before the Court is Plaintiff's motion for an interim protective order. Docket No. 12. On June 22, 2020, United States District Judge Andrew P. Gordon granted a motion to seal in part, concluding that certain documents that contain confidential information may remain sealed subject to the filing of redacted versions accessible on the public docket. Docket No. 8. Plaintiff's instant motion seeks protection of the underlying material so that Plaintiff can serve Defendants with the unredacted copies of the above papers. *See* Docket No. 12 at 2. For good cause shown, the motion is **GRANTED**.

      The parties to this action must maintain the confidentiality of any information appearing only in a filing sealed by the order at Docket No. 8, except that such information may be disclosed to the parties and their counsel. This order does not extend to information within those filings that also appears on the public record.

This order is an interim one of temporary duration. Within 14 days of the first appearance by any Defendant, Plaintiff must make an additional request regarding confidentiality either through a motion for further protective order or a stipulated protective order.

Lastly, Plaintiff must serve a copy of this order on Defendants concurrently with the service of any papers subject to the sealing order at Docket No. 8.

IT IS SO ORDERED.

Dated: July 1, 2020

_____
Nancy J. Koppe
United States Magistrate Judge