UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EI CORPORATION, INC., <br><br> Plaintiff <br><br> v. <br><br> GALLANT CAPITAL PARTNERS, LLC; QUALITY BUILT, LLC; and JOHN GILLETT, <br><br> Defendants | Case No.: 2:20-cv-01119-APG-NJK <br><br> **Order Denying Motion for Leave to File Partially Redacted Documents** <br><br> [ECF No. 31] |

Plaintiff Ei Corporation moves for leave to file redacted versions of its reply and exhibits attached to the reply. ECF No. 31. The plaintiff has not complied with Local Rule IA 10-5 for the proper means to file materials under seal. Particularly, the plaintiff's motion gives me no way to evaluate whether the information should be redacted under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

I THEREFORE ORDER that plaintiff Ei Corporation's motion for leave to file redacted documents **(ECF No. 31) is DENIED** without prejudice to the plaintiff filing a properly supported motion to seal.

DATED this 10th day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE