**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EI CORPORATION, INC., | Case No.: 2:20-cv-01119-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 47] |
| GALLANT CAPITAL PARTNERS, LLC, et al., | |
| Defendant(s). | |

In granting Plaintiff's request for issuance of an interim protective order, the Court required Plaintiff to file either a motion for protective order or a stipulated protective order within 14 days of an appearance by any Defendant. Docket No. 13. Pending before the Court now is Plaintiff's motion to extend that deadline to an uncertain date triggered by resolution of the motion for preliminary injunction. Docket No. 47. Formulating a stipulated protective order is a simple task, as is filing a motion for protective order in the event agreement for a stipulation proves elusive. The vague reference to the fact that "counsel have not yet had the opportunity to discuss the issue" is insufficient justification for the relief requested. Given the circumstances, the motion to extend is **GRANTED** in part and **DENIED** in part. The Court extends the deadline for Plaintiff to file either a motion for protective order or a stipulated protective order to July 24, 2020. The terms of the interim protective order remain in effect until July 31, 2020.

IT IS SO ORDERED.

Dated: July 17, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1