Rory Kay (NSBN #12416)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Fax: 702.873.9966
rkay@mcdonaldcarano.com

KARLA KRAFT, State Bar No. 205530
  kkraft@sycr.com
*(Admitted Pro Hac Vice)*
KATIE BEAUDIN, State Bar No. 306402
  kbeaudin@sycr.com
*(Admitted Pro Hac Vice)*
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Defendant
Gallant Capital Partners, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EI CORPORATION, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GALLANT CAPITAL PARTNERS, LLC, a Delaware limited liability company; QUALITY BUILT, LLC, a Delaware limited liability company; and JOHN GILLETT, an individual,<br><br>Defendants. | CASE NO. 2:20-cv-01119-APG-NJK<br><br>Hon. Andrew P. Gordon<br><br>**DEFENDANT GALLANT CAPITAL PARTNERS, LLC'S JOINDER TO MOTION TO TRANSFER VENUE**<br><br>Complaint Filed:  June 24, 2020 |

-1-
JOINDER TO MOTION TO TRANSFER VENUE
CASE NO. 2:20-cv-01119

4831-9639-0851v1/105544-0004

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1   Defendant Gallant Capital Partners, LLC ("Gallant") joins in the motion to
2  transfer venue pursuant to 28 U.S.C. § 1404(A) filed by defendant Quality Built,
3  LLC (ECF No. 22, the "Motion") for all reasons stated therein.

4   In support of the Motion and this Joinder, Gallant notes that Gallant's
5  principal place of business is in Los Angeles, California. (Compl. at ¶ 6.)  The
6  allegations regarding Gallant center around the Confidentiality and Nondisclosure
7  Agreement (the "NDA") entered into between Gallant and Plaintiff for the purpose
8  of exchanging documents and information in connection with a potential
9  transaction. (Compl. at Ex. 2.)  Pursuant to the NDA, Plaintiff shared documents
10 with Gallant. (Compl. at ¶ 29.)  Plaintiff has placed those documents at issue in
11 this case, and the documents and information relevant to the allegations against
12 Gallant, as well as the relevant witnesses, are located in California.

13   Moreover, the NDA is governed by Delaware law.  (Compl. at Ex. 2.)
14 Therefore, Nevada has no greater interest than California in enforcing the terms of
15 the NDA.

16   Because the relevant documents, information, and witnesses are located in
17 California, Gallant joins the Motion and requests that this action be transferred to
18 the Southern District of California, or in the alternative, the Central District of
19 California.

20

21 DATED:  July 23, 2020    McDONALD CARANO LLP

22
23   By:   /s/ Katie Beaudin
        Rory Kay, Esq.
        Nevada Bar No. 12416
24      2300 W. Sahara Ave, Suite 1200
        Las Vegas, NV 89102
25
        and
26
        KARLA KRAFT,
27      (Admitted pro hac vice)
        KATIE BEAUDIN,
28      (Admitted pro hac vice)
        STRADLING YOCCA CARLSON &

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

-2-
JOINDER TO MOTION TO TRANSFER VENUE
CASE NO. 2:20-cv-01119
4831-9639-0851v1/105544-0004

| | |
|---|---|
| 1 | RAUTH, A PROFESSIONAL CORPORATION |
| 2 | 660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422 |
| 3 | Attorneys for Defendant |
| 4 | Quality Built, LLC |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4831-9639-0851v1/105544-0004

-3-
JOINDER TO MOTION TO TRANSFER VENUE
CASE NO. 2:20-cv-01119