Rory Kay (NSBN #12416)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Fax: 702.873.9966
rkay@mcdonaldcarano.com

KARLA KRAFT, State Bar No. 205530 *(admitted pro hac vice)*
  kkraft@sycr.com
KATIE BEAUDIN, State Bar No. 306402 *(admitted pro hac vice)*
  kbeaudin@sycr.com
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Defendants
Gallant Capital Partners, LLC, and
Quality Built, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EI CORPORATION, INC., a Nevada corporation, | CASE NO. 2:20-cv-01119-APG-NJK |
| Plaintiff, | Hon. Andrew P. Gordon |
| vs. | **DEFENDANT GALLANT CAPITAL PARTNERS, LLC'S CERTIFICATE OF INTERESTED PARTIES** |
| GALLANT CAPITAL PARTNERS, LLC, a Delaware limited liability company; QUALITY BUILT, LLC, a Delaware limited liability company; and JOHN GILLETT, an individual, | Complaint Filed:  June 24, 2020 |
| Defendants. | |

-1-

GALLANT'S CERTIFICATE OF INTERESTED PARTIES
CASE NO. 2:20-cv-01119

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4840-6736-5313v1/105544-0004

1    In accordance with Fed.R.Civ.P. 7.1 and Local Rule 7.1-1, the undersigned,

2    counsel of record for Gallant Capital Partners, LLC, certifies that the following

3    have a direct, pecuniary interest in the outcome of this case:

4    1.    GALLANT CAPITAL PARTNERS, LLC, a Delaware limited

5    liability company

6    These representations are made to enable judges of the Court to evaluate

7    possible disqualifications or recusal.

8    DATED:  July 27, 2020          McDONALD CARANO LLP

9

10          By:    */s/ Katie Beaudin*
                   Rory Kay, Esq.

11                 Nevada Bar No. 12416
                   2300 W. Sahara Ave, Suite 1200

12                 Las Vegas, NV 89102

13                 and

14                 KARLA KRAFT,
                   *(admitted pro hac vice)*

15                 KATIE BEAUDIN,
                   *(admitted pro hac vice)*

16                 STRADLING YOCCA CARLSON &
                   RAUTH, A PROFESSIONAL

17                 CORPORATION
                   660 Newport Center Drive, Suite 1600

18                 Newport Beach, CA 92660-6422

19                 Attorneys for Defendant
                   Gallant Capital Partners, LLC and

20                 Quality Built, LLC

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

QUALITY BUILT, LLC'S CERTIFICATE OF INTERESTED PARTIES
CASE NO. 2:20-cv-01119
4840-6736-5313v1/105544-0004