# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EI CORPORATION, INC.,

    Plaintiff

v.

GALLANT CAPITAL PARTNERS, LLC; QUALITY BUILT, LLC; and JOHN GILLETT,

    Defendants

Case No.: 2:20-cv-01119-APG-NJK

**AMENDED ORDER FOR REFUND OF CASH DEPOSIT**

    I previously ordered plaintiff Ei Corporation to post a $1,000.00 bond as security for the Temporary Restraining Order. ECF No. 44.  On July 20, 2020, Ei filed a Certificate of Cash Deposit in that amount. ECF No. 51.  The TRO has expired and the case has been transferred to the Southern District of California.  There is no further need for this court to retain Ei's deposit.  I therefore order the clerk of the court to refund the cash deposit plus all accrued interest (ECF No. 51).

    DATED this 20th day of August, 2020.

                                                  ANDREW P. GORDON
                                                  UNITED STATES DISTRICT JUDGE